DOCUMENT FOR PUBLIC RELEASE
The decision issued on the date below is subject to an ASBCA Protective Order.
This version has been approved for public release.

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Chugach Federal Solutions, Inc. | ) ASBCA No. 61320 |
| | ) |
| Under Contract No. N44255-14-D-9000 | ) |

APPEARANCES FOR THE APPELLANT:    Richard B. O'Keeffe, Jr., Esq.
William A. Roberts III, Esq.
Gary S. Ward, Esq.
Cara L. Lasley, Esq.
  Wiley Rein, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
David M. Marquez, Esq.
Robyn L. Hamady, Esq.
Anthony Hicks, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,663,634.80. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from February 6, 2017, until date of payment.

Dated: November 19, 2024

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

DOCUMENT FOR PUBLIC RELEASE
The decision issued on the date below is subject to an ASBCA Protective Order.
This version has been approved for public release.

I concur

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61320, Appeal of Chugach Federal Solutions, Inc., rendered in conformance with the Board's Charter.

Dated: November 19, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals